# UNITED STATES DISTRICT COURT

Southern _____ District of  New York _____

Pervez **POROOSHASP**

**SUMMONS IN A CIVIL ACTION**

v.

MICHAEL **CHERTOFF**, Secretary of the United
States Department of Homeland Security;
ALBERTO **GONZALES**, Attorney General of
the United States, U.S. Department of Justice;
Andrea J. **QUARANTILLO**, District Director,
USCIS; **U.S. Citizenship and Immigration
Services**; Robert S. **MUELLER**, Director, **Federal
Bureau of Investigation.**

CASE NUMBER:

# 07 CV 2989

TO: (Name and address of Defendant)

USCIS
Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

JUDGE JONES

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen Singer, Esq.
Barst & Mukamal, LLP
2 Park Ave, 19th Floor
New York, NY 10016
(212) 686-3838

an answer to the complaint which is served on you with this summons, within ____60____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

APR 1 3 2007

**J. MICHAEL McMAHON**

CLERK

DATE

(By) DEPUTY CLERK

℣AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/18/07 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Dan Lundy | Associate |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
Served by certified mail. Received by defendant on _MAY 15 2007_ See attached _USCIS_

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___6/18/07___
　　　　　　　　　Date

_____
Signature of Server

Barst & Mukamal, 2 Park Ave., New York, NY 10016
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of the General Counsel
U.S. Dept of Homeland Security
Washington, DC 20528

SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
                                 MA   2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of the Chief Counsel
U.S.C.I.S.
20 Massachusetts Ave. NW
Washington, DC 20536

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X    ☐ Agent
     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

• AO 440 (Rev. 8/01) Summons In a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of ____ New York _____

Pervez **POROOSHASP**

        **SUMMONS IN A CIVIL ACTION**

       **v.**

MICHAEL **CHERTOFF**, Secretary of the United
~~States Department of Homeland Security;~~
ALBERTO **GONZALES**, Attorney General of
the United States, U.S. Department of Justice;
Andrea J. **QUARANTILLO**, District Director,
USCIS; **U.S. Citizenship and Immigration
Services**; Robert S. **MUELLER**, Director, **Federal
Bureau of Investigation.**

CASE NUMBER:

**07 CV 2989**

**JUDGE JONES**

       TO: (Name and address of Defendant)

Civil Process Clerk, SDNY
U.S. Attorney's Office
86 Chambers Street
New York, NY 10007

     **YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen Singer, Esq.
Barst & Mukamal, LLP
2 Park Ave, 19th Floor
New York, NY 10016
(212) 686-3838

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

APR 1 3 2007

J. MICHAEL McMAHON

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6/18/07 | |
| NAME OF SERVER *(PRINT)* Dan Lundy | TITLE Associate | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): CIVIL Process Clerk
  Served by certified mail. Received by defendant on 4/25/07 See attached

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/18/07
_____
Date

_____
*Signature of Server*

Barst & Mukamal, 2 Park Ave., New York, NY 10016
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.


**UNITED STATES**
**POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 2510 0001 4319 0201**
Status: **Delivered**

Your item was delivered at 2:13 PM on April 25, 2007 in NEW YORK, NY 10007.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

[                    ]

( Go > )

**Notification Options**

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   Jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
U.S. Attorney's Office
86 Chambers Street
New York, NY 10007

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7004 2510 0001 4319 0201

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540

• AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____  District of  New York _____

Pervez **POROOSHASP**

**SUMMONS IN A CIVIL ACTION**

v.

MICHAEL **CHERTOFF**, Secretary of the United
States Department of Homeland Security;
ALBERTO **GONZALES**, Attorney General of
the United States, U.S. Department of Justice;
Andrea J. **QUARANTILLO**, District Director,
USCIS; **U.S. Citizenship and Immigration
Services**; Robert S. **MUELLER**, Director, **Federal
Bureau of Investigation.**

CASE NUMBER:

# 07 CV  2989

JUDGE JONES

TO: (Name and address of Defendant)

Michael Chertoff, Secretary U.S. DHS
U.S. Department of Homeland Security
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen Singer, Esq.
Barst & Mukamal, LLP
2 Park Ave, 19th Floor
New York, NY 10016
(212) 686-3838

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

APR 1 3 2007

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

|  | DATE 6/16/07 |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)*<br>Dan Lundy | TITLE<br>Associate |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): *Cherpoff*
   Served by certified mail. Received by defendant on _5/14/07_ See attached

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___6/16/07___
         Date                           *Signature of Server*

                    Barst & Mukamal, 2 Park Ave., New York, NY 10016
                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Chertoff
Secretary, DHS
U.S. Dept of Homeland Security
Washington, DC 20528

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
MAY 1 4 2007

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

• AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of    New York _____

Pervez **POROOSHASP**

**SUMMONS IN A CIVIL ACTION**

v.

MICHAEL **CHERTOFF**, Secretary of the United
States Department of Homeland Security;
ALBERTO **GONZALES**, Attorney General of
the United States, U.S. Department of Justice;
Andrea J. **QUARANTILLO**, District Director,
USCIS; **U.S. Citizenship and Immigration
Services**; Robert S. **MUELLER**, Director, **Federal
Bureau of Investigation.**

CASE NUMBER:

07 CV 2989

**JUDGE JONES**

TO: (Name and address of Defendant)

Andrea Quarantillo, District Director
U.S.C.I.S.
26 Federal Plaza
New York, NY 10278

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen Singer, Esq.
Barst & Mukamal, LLP
2 Park Ave, 19th Floor
New York, NY 10016
(212) 686-3838

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

APR 1 3 2007

## J. MICHAEL McMAHON

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6/18/c7 | |
| NAME OF SERVER (PRINT) Dan Lundy | TITLE Associate | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): QUARANTLLC
Served by certified mail. Received by defendant on ___4/25/c7___ See attached

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___6/18/c7___
            Date

_____
Signature of Server

Barst & Mukamal, 2 Park Ave., New York, NY 10016
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Andrea Quarantillo, Director
U.S.C.I.S.
26 Federal Plaza
New York, NY 10278

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7004 2510 0001 4319 0386

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-154

• AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____    District of    New York

Pervez **POROOSHASP**

v.

MICHAEL **CHERTOFF**, Secretary of the United
~~States Department of Homeland Security;~~
ALBERTO **GONZALES**, Attorney General of
the United States, U.S. Department of Justice;
Andrea J. **QUARANTILLO**, District Director,
USCIS; **U.S. Citizenship and Immigration
Services**; Robert S. **MUELLER**, Director, **Federal
Bureau of Investigation.**

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**07 CV 2989**
JUDGE JONES

TO: (Name and address of Defendant)

Alberto Gonzales, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20503

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen Singer, Esq.
Barst & Mukamal, LLP
2 Park Ave, 19th Floor
New York, NY 10016
(212) 686-3838

an answer to the complaint which is served on you with this summons, within ___60___ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

APR 1 3 2007

CLERK

DATE

(By) DEPUTY CLERK

℀AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  6/18/07 |
| NAME OF SERVER (PRINT)<br>Dan Lundy | TITLE<br>Associate |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):  *Gen ZALeS*
   Served by certified mail.  Received by defendant on _4/30/07_ See attached

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___6/18/07___
                   Date

_____
*Signature of Server*

Barst & Mukamal, 2 Park Ave., New York, NY 10016
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alberto Gonzales, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20503

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent
                            ☐ Addressee

B. Received by ( Printed Name)      C. Date of Delivery

APR 3 0 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540

• AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of   New York _____

Pervez **POROOSHASP**

**SUMMONS IN A CIVIL ACTION**

v.

MICHAEL **CHERTOFF**, Secretary of the United
States Department of Homeland Security;
ALBERTO **GONZALES**, Attorney General of
the United States, U.S. Department of Justice;
Andrea J. **QUARANTILLO**, District Director,
USCIS; **U.S. Citizenship and Immigration
Services**; Robert S. **MUELLER**, Director, **Federal
Bureau of Investigation.**

CASE NUMBER:

# 07 CV 2989

### JUDGE JONES

TO: (Name and address of Defendant)

Office of the General Counsel
Federal Bureau of Investigation
935 Pennsylvania Avenue NW
Washington, DC 20535

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen Singer, Esq.
Barst & Mukamal, LLP
2 Park Ave, 19th Floor
New York, NY 10016
(212) 686-3838

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

APR 1 3 2007

CLERK                                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6/18/07 | |
| NAME OF SERVER *(PRINT)* Dan Lundy | TITLE Associate | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): EBI
   Served by certified mail. Received by defendant on ___4/28/07___ See attached

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___6/16/07___                    _____
                    Date                         *Signature of Server*


                    Barst & Mukamal, 2 Park Ave., New York, NY 10016
                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

 **UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 2510 0001 4319 0331**
Status: **Delivered**

Your item was delivered at 6:52 AM on April 28, 2007 in WASHINGTON, DC 20535.

( Additional Details > )  ( Return to USPS.com Home > )

 **Track & Confirm**

Enter Label/Receipt Number.

( Go > )

### Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.  ( Go > )

 **POSTAL INSPECTORS**
Preserving the Trust

site map    contact us    government services    jobs    **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of the General Counsel
Federal Bureau of Investigation
935 Pennsylvania Avenue NW
Washington, DC 20535

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7004 2510 0001 4319 0331

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1640

---

**BARST & MUKAMAL LLP**

Counsellors At Law

2 Park Avenue

NEW YORK, NEW YORK 10016

---

RETURN POSTAGE GUARANTEED

TO:

BARST & MUKAMAL LLP
2 PARK AVENUE
NEW YORK, N.Y. 10016

Office of the General Counsel
Federal Bureau of Investigation
935 Pennsylvania Avenue NW
Washington, DC 20535

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent to
Office of General Counsel EBI
Street, Apt. No.; or PO Box No. 935 Pennsylvania Ave., NW
City, State, ZIP+4 Washington, DC 20535

7004 2510 0001 4319 0331

PS Form 3800, June 2002    See Reverse for Instructions


CERTIFIED MAIL™

• AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of  New York _____

Pervez **POROOSHASP**

**SUMMONS IN A CIVIL ACTION**

v.

MICHAEL **CHERTOFF**, Secretary of the United
~~States Department of Homeland Security;~~
ALBERTO **GONZALES**, Attorney General of
the United States, U.S. Department of Justice;
Andrea J. **QUARANTILLO**, District Director,
USCIS; **U.S. Citizenship and Immigration
Services**; Robert S. **MUELLER**, Director, **Federal
Bureau of Investigation.**

CASE NUMBER:



07 CV 2989

TO: (Name and address of Defendant)

**JUDGE JONES**

Robert S. Mueller, Director
Federal Bureau of Investigation
935 Pennsylvania Avenue NW
Washington, DC 20535

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen Singer, Esq.
Barst & Mukamal, LLP
2 Park Ave, 19th Floor
New York, NY 10016
(212) 686-3838

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

APR 1 3 2007

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  6/18/c7 |
| NAME OF SERVER *(PRINT)*<br>Dan Lundy | TITLE<br>Associate |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):  Mueller
Served by certified mail. Received by defendant on __4/28/c7__ See attached

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __6/18/c7__
　　　　　　　Date

_____
*Signature of Server*

Barst & Mukamal, 2 Park Ave., New York, NY 10016
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

 **UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 2510 0001 4319 0324**
Status: **Delivered**

Your item was delivered at 6:52 AM on April 28, 2007 in WASHINGTON, DC 20535.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

 POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



# BARST & MUKAMAL LLP

## Counsellors At Law
## 2 Park Avenue
## NEW YORK, NEW YORK 10016



7004 2510 0001 4319 0324
7004 2510 0001 4319 0324

U.S. Postal Service
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $

Sent To
Robert Mueller, Director FBI
Street, Apt. No.; or PO Box No. 935 Pennsylvania Ave. NW
City, State, ZIP+4 Washington, DC 20535

PS Form 3800, June 2002          See Reverse for Instructions

### COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)
7004 2510 0001 4319 0324

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540

### SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

Robert S. Mueller, Director
Federal Bureau of Investigation
935 Pennsylvania Avenue NW
Washington, DC 20535

---

**BARST & MUKAMAL LLP**
2 PARK AVENUE
NEW YORK, N.Y. 10016

TO:

Robert S. Mueller, Director
Federal Bureau of Investigation
935 Pennsylvania Avenue NW
Washington, DC 20535

**RETURN POSTAGE GUARANTEED**