UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
PERVEZ POROOSHASP,

        Plaintiff,                **ECF CASE**

    v.

                               07 Civ. 02989 (BSJ)

MICHAEL CHERTOFF, et al.,

        Defendant.         <u>NOTICE OF APPEARANCE</u>
------------------------------------------------------------ x

TO:    Clerk of Court
          United States District Court
          Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
           June 26, 2007

                                                    Respectfully submitted,

                                                    MICHAEL J. GARCIA
                                                    United States Attorney for the
                                                    Southern District of New York

                                By:    /s/_____
                                                    F. James Loprest, Jr.
                                                    Special Assistant United States Attorney
                                                    86 Chambers Street, 3rd Floor
                                                    New York, New York 10007
                                                    Telephone: (212) 637-2740
                                                    Facsimile: (212) 637-2702
                                                    Email: James.Loprest@usdoj.gov

TO:    Stephen Singer, Esq.
          Barst & Mukamal LLP
          2 Park Avenue, 19th Floor
          New York, NY 10016