**ORIGINAL**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

_____ X
                                          )
Pervez **POROOSHASP,**                    )
                                          )
        Petitioner,                       )      **07-cv-2989** ( *5 5 /* )
                                          )
                                          )      **Stipulation and Order of Dismissal**
        v.                                )
                                          )
Michael **CHERTOFF**, *et al*             )
                                          )
        Respondents.                      )
_____ X


IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above captioned action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated:  New York, New York                Barst & Mukamal, LLP
        October **2 3** , 2007             *Attorneys for Plaintiff*

                                   By:    _____
                                          Daniel B. Lundy, Esq.
                                          Barst & Mukamal, LLP
                                          2 Park Avenue
                                          New York, NY 10016
                                          (212) 686-3838


Dated:  New York, New York                Michael J. Garcia
        October **2 4** , 2007             U.S. Attorney, SDNY
                                          *Attorney for Defendants*

                                   By:    _____
                                          F. James Loprest, Jr. Esq.
                                          Special Assistant U.S. Attorney
                                          86 Chambers Street, 4th Floor
                                          New York, NY 10007
                                          (212) 637-2728


SO ORDERED:

_____
Honorable Barbara S. Jones
United States District Judge

10/28/07

┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:                           │
│ DATE FILED: 10/29/07             │
└─────────────────────────────────┘